Andrea Lynn Santarsiere (ISB # 8818)
Center for Biological Diversity
P.O. Box 469
Victor, ID 83455
Ph: (303) 854-7748
Fax: (208) 787-5857
asantarsiere@biologicaldiversity.org

Collette Adkins (MN # 035059X)
Center for Biological Diversity
P.O. Box 595
Circle Pines, MN  55014-0595
Ph: (651) 955-3821
cadkins@biologicaldiversity.org

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO
NORTHERN DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, WILDEARTH GUARDIANS, IDAHO CONSERVATION LEAGUE, THE LANDS COUNCIL, SELKIRK CONSERVATION ALLIANCE<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. FOREST SERVICE, *et al.*<br><br>*Defendants*. | Case No.:<br><br>**CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Fed. R. Civ. P. 7.1, Plaintiffs Center for Biological Diversity, Wildearth Guardians, Idaho Conservation League, the Lands Council, and Selkirk Conservation Alliance hereby state that they are non-profit conservation organizations with no parent corporations, subsidiaries, or publicly traded stock.

1

DATED this 10th day of March, 2020.

Respectfully submitted,

/s/ Andrea Santarsiere
Andrea Santarsiere (ISB #8818)
Center for Biological Diversity
P.O. Box 469
Victor, ID 83455
Tel: (303) 854-7748
asantarsiere@biologicaldiversity.org


Collette Adkins (MN #035059X*)
Center for Biological Diversity
P.O. Box 595
Circle Pines, MN 55014-0595
Tel: (651) 955-3821
cadkins@biologicaldiversity.org

*Seeking admission *pro hac vice*

*Attorneys for Plaintiffs*