5/06
Form: Pro Hac Vice

IN THE UNITED STATES DISTRICT/BANKRUPTCY COURTS
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY et al. | Case No. |
| v. | APPLICATION FOR ADMISSION PRO HAC VICE |
| U.S. FOREST SERVICE et al. | |
| | Fee: $250.00 |

Pursuant to Local Rule 83.4(e) of the United States District Court for the District of Idaho, Collette Adkins, hereby applies for admission pro hac vice to appear and participate in this case on behalf of Plaintiffs.

The applicant hereby attests as follows:

1. Applicant resides in Minnesota, and practices at the following address and phone number Center for Biological Diversity   P.O. Box 595   Circle Pines, MN 55014-0595   (651) 955-3821

2. Applicant has been admitted to practice before the following courts on the following dates:

| Courts: | Dates: |
|---|---|
| United States Supreme Court | March 5, 2018 |
| United States Court of Appeals for the Ninth Circuit | August 11, 2011 |
| United States Court of Appeals for the Eight Circuit | February 6, 2008 |
| United States Court of Appeals for the Fifth Circuit | September 17, 2014 |
| United States Court of Appeals for the D.C. Circuit | October 30, 2015 |
| United States District Court for the District of Minnesota | June 26, 2006 |

3. Applicant is in good standing and eligible to practice in said courts.

4. Applicant is not currently suspended or disbarred in any other courts.

5. Andrea Santarsiere, a member in good standing of the bar of this court, of the firm of Center for Biological Diversity, practices at the following office address and phone number: P.O. Box 469   Victor, ID  83455   (303) 854-7748

and is hereby designated as co-counsel with authority to act as attorney of record for all purposes.  Said designee hereby consents to this designation by signing this application.

Dated this 10th day of March, 2020.

/s/Collette Adkins                                      /s/Andrea Santarsiere
Applicant                                               Designee

Signed under penalty of perjury.