**U.S. Postal Service**
**Certified Mail Receipt**

3/12/20

OUTBOUND TRACKING NUMBER
9414 7118 9956 1656 6017 04

RETURN RECEIPT TRACKING NUMBER
9490 9118 9956 1656 6017 91

FEES

| | |
|---|---|
| Postage per piece | $1.600 |
| Certified Fee | $3.550 |
| Return Receipt Fee | $2.850 |
| **Total Postage & Fees:** | **$8.000** |

ARTICLE ADDRESS TO:

Jeanne Higgins, Forest Supervisor
Idaho Panhandle National Forests
3815 N Schreiber Way
Coeur D Alene ID 83815-8363

Postmark
Here

---

SENDER: COMPLETE THIS SECTION

COMPLETE THIS SECTION ON DELIVERY

A. Signature: ( □ Addressee or □ Agent)
X  B - M

B. Received By: (Printed Name)
BRIAN SELBE

C. Date of Delivery

1. Article Addressed to:

Jeanne Higgins, Forest Supervisor
Idaho Panhandle National Forests
3815 N Schreiber Way
Coeur D Alene ID 83815-8363

D. Is delivery address different from item 1?   □ Yes
If YES, enter delivery address below:   □ No

3. Service Type

☑ Certified Mail®

9490 9118 9956 1656 6017 91

2. Article Number (Transfer from service label)
9414 7118 9956 1656 6017 04

PS Form 3811 Facsimile, July 2015 (SDC 3930)

Domestic Return Receipt

# USPS Tracking®

FAQs >

## Track Another Package +

**Tracking Number:** 9414711899561656601704

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 11:11 am on March 16, 2020 in COEUR D ALENE, ID 83815.

## ⊘ Delivered

March 16, 2020 at 11:11 am
Delivered, Front Desk/Reception/Mail Room
COEUR D ALENE, ID 83815

**Get Updates** ⌄

---

**Text & Email Updates**                                                    ⌄

---

**Tracking History**                                                         ⌃

**March 16, 2020, 11:11 am**
Delivered, Front Desk/Reception/Mail Room
COEUR D ALENE, ID 83815
Your item was delivered to the front desk, reception area, or mail room at 11:11 am on March 16, 2020 in COEUR D ALENE, ID 83815.

---

**March 14, 2020, 9:10 am**
Delivery Attempted - No Access to Delivery Location
COEUR D ALENE, ID 83815

---

**March 13, 2020, 8:09 pm**
Departed USPS Regional Destination Facility
SPOKANE WA DISTRIBUTION CENTER

---

**March 13, 2020, 1:19 pm**
Arrived at USPS Regional Destination Facility
SPOKANE WA DISTRIBUTION CENTER

---

**March 13, 2020**
In Transit to Next Facility

---

**March 12, 2020, 11:21 pm**
Arrived at USPS Origin Facility
PORTLAND, OR 97215

---

**March 12, 2020, 10:06 pm**
Accepted at USPS Origin Facility
PORTLAND, OR 97211

---

**March 12, 2020, 6:47 pm**
Shipping Label Created, USPS Awaiting Item
PORTLAND, OR 97211

---

**Product Information**                                                    ⌄

See Less ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

**U.S. Postal Service**
**Certified Mail Receipt**

3/12/20

**OUTBOUND TRACKING NUMBER**
9414 7118 9956 1656 7087 62

**RETURN RECEIPT TRACKING NUMBER**
9490 9118 9956 1656 7087 28

**FEES**

| | |
|---|---|
| Postage per piece | $1.600 |
| Certified Fee | $3.550 |
| Return Receipt Fee | $2.850 |
| **Total Postage & Fees:** | **$8.000** |

**ARTICLE ADDRESS TO:**

Bart M. Davis, U.S. Attorney
c/o Civil Process Clerk
United States Attorney's Office
6450 N. Mineral Drive, Suite 210
Coeur D Alene ID 83815-4988

Postmark
Here

---

**SENDER: COMPLETE THIS SECTION**

or on

1. Article Addressed to:

Bart M. Davis, U.S. Attorney
c/o Civil Process Clerk
United States Attorney's Office
6450 N. Mineral Drive, Suite 210
Coeur D Alene ID 83815-4988

9490 9118 9956 1656 7087 28

2. Article Number (Transfer from service label)
9414 7118 9956 1656 7087 62

PS Form 3811 Facsimile, July 2015 (SDC 3930)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: ( ☐ Addressee or ☐ Agent)
X M.Moore

B. Received By: (Printed Name)
M. Moore

C. Date of Delivery
3/16/20

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail

Domestic Return Receipt

# USPS Tracking®

**FAQs** ›

## Track Another Package  +

**Tracking Number:** 9414711899561656708762

Remove ✕

Your item was delivered to an individual at the address at 12:27 pm on March 16, 2020 in COEUR D ALENE, ID 83815.

## ⊘ Delivered

March 16, 2020 at 12:27 pm
Delivered, Left with Individual
COEUR D ALENE, ID 83815

**Get Updates** ⌄

---

**Text & Email Updates**    ⌄

---

**Tracking History**    ⌃

**March 16, 2020, 12:27 pm**
Delivered, Left with Individual
COEUR D ALENE, ID 83815
Your item was delivered to an individual at the address at 12:27 pm on March 16, 2020 in COEUR D ALENE, ID 83815.

**March 14, 2020, 4:15 pm**
Delivery Attempted - No Access to Delivery Location
COEUR D ALENE, ID 83815

**March 14, 2020**
In Transit to Next Facility

---

**March 13, 2020, 8:09 pm**
Departed USPS Regional Destination Facility
SPOKANE WA DISTRIBUTION CENTER

---

**March 13, 2020, 1:19 pm**
Arrived at USPS Regional Destination Facility
SPOKANE WA DISTRIBUTION CENTER

---

**March 12, 2020, 11:21 pm**
Arrived at USPS Origin Facility
PORTLAND, OR 97215

---

**March 12, 2020, 10:06 pm**
Accepted at USPS Origin Facility
PORTLAND, OR 97211

---

**March 12, 2020, 6:27 pm**
Shipping Label Created, USPS Awaiting Item
PORTLAND, OR 97211

---

**Product Information** ⌄

See Less ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

3/12/20

**U.S. Postal Service**
**Certified Mail Receipt**

**OUTBOUND TRACKING NUMBER**
9414 7118 9956 1656 7812 77

**RETURN RECEIPT TRACKING NUMBER**
9490 9118 9956 1656 7818 13

**FEES**

| | |
|---|---|
| Postage per piece | $1.600 |
| Certified Fee | $3.550 |
| Return Receipt Fee | $2.850 |
| **Total Postage & Fees:** | **$8.000** |

**ARTICLE ADDRESS TO:**

Chad F. Wolf, Acting Secretary
U.S. Department of Homeland Security
245 Murray Lane, SW
Washington DC 20528-1002

Postmark
Here

# USPS Tracking®

FAQs ›

## Track Another Package ✚

**Tracking Number:** 9414711899561656781277

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 10:49 am on March 19, 2020 in WASHINGTON, DC 20528.

## ⊘ Delivered

March 19, 2020 at 10:49 am
Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20528

**Get Updates** ﹀

---

**Text & Email Updates** ﹀

---

**Tracking History** ︿

**March 19, 2020, 10:49 am**
Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20528
Your item was delivered to the front desk, reception area, or mail room at 10:49 am on March 19, 2020 in WASHINGTON, DC 20528.

**March 19, 2020, 7:20 am**
Arrived at Unit
WASHINGTON, DC 20018

**March 18, 2020, 9:46 am**
Departed USPS Regional Destination Facility

WASHINGTON DC DISTRIBUTION CENTER

---

**March 17, 2020**
In Transit to Next Facility

---

**March 14, 2020, 3:01 pm**
Arrived at USPS Regional Destination Facility
WASHINGTON DC DISTRIBUTION CENTER

---

**March 13, 2020, 12:02 am**
Departed USPS Origin Facility
PORTLAND, OR 97215

---

**March 12, 2020, 11:21 pm**
Arrived at USPS Origin Facility
PORTLAND, OR 97215

---

**March 12, 2020, 10:06 pm**
Accepted at USPS Origin Facility
PORTLAND, OR 97211

---

**March 12, 2020, 6:26 pm**
Shipping Label Created, USPS Awaiting Item
PORTLAND, OR 97211

---

**Product Information**                                                    

---

See Less ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

**U.S. Postal Service**
**Certified Mail Receipt**

3112120

**OUTBOUND TRACKING NUMBER**
9414 7118 9956 1656 7675 30

**RETURN RECEIPT TRACKING NUMBER**
9490 9118 9956 1656 7675 72

| FEES | |
|---|---|
| Postage per piece | $1.600 |
| Certified Fee | $3.550 |
| Return Receipt Fee | $2.850 |
| **Total Postage & Fees:** | **$8.000** |

**ARTICLE ADDRESS TO:**

Robert Janson, Acting Asst. Commissioner
Office of Facilities & Asset Management
Office of Enterprise Services
U.S. Customs and Border Protection
1300 Pennsylvania Ave NW
Washington DC 20229-0002

Postmark
Here

# USPS Tracking®

FAQs >

## Track Another Package **+**

**Tracking Number:** 9414711899561656767530

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 10:48 am on March 19, 2020 in WASHINGTON, DC 20229.

## ⊘ **Delivered**

March 19, 2020 at 10:48 am
Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20229

**Get Updates** ⌄

---

**Text & Email Updates**  ⌄

---

**Tracking History**  ⌃

**March 19, 2020, 10:48 am**
Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20229
Your item was delivered to the front desk, reception area, or mail room at 10:48 am on March 19, 2020 in WASHINGTON, DC 20229.

---

**March 19, 2020, 7:13 am**
Arrived at Unit
WASHINGTON, DC 20018

---

**March 18, 2020, 9:46 am**
Departed USPS Regional Destination Facility

WASHINGTON DC DISTRIBUTION CENTER

---

**March 17, 2020**
In Transit to Next Facility

---

**March 14, 2020, 3:01 pm**
Arrived at USPS Regional Destination Facility
WASHINGTON DC DISTRIBUTION CENTER

---

**March 13, 2020, 12:02 am**
Departed USPS Origin Facility
PORTLAND, OR 97215

---

**March 12, 2020, 11:21 pm**
Arrived at USPS Origin Facility
PORTLAND, OR 97215

---

**March 12, 2020, 10:06 pm**
Accepted at USPS Origin Facility
PORTLAND, OR 97211

---

**March 12, 2020, 6:25 pm**
Shipping Label Created, USPS Awaiting Item
PORTLAND, OR 97211

---

**Product Information**                                              ⌄

---

**See Less** ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

**U.S. Postal Service**
**Certified Mail Receipt**

3/12/20

**OUTBOUND TRACKING NUMBER**
9414 7118 9956 1866 2830 92

**RETURN RECEIPT TRACKING NUMBER**
9490 9118 9956 1866 2830 41

**FEES**

| | |
|---|---|
| Postage per piece | $1.600 |
| Certified Fee | $3.550 |
| Return Receipt Fee | $2.850 |
| **Total Postage & Fees:** | **$8.000** |

**ARTICLE ADDRESS TO:**

U.S. Forest Service
1400 Independence Ave SW
Washington DC 20250-0003

Postmark
Here

# USPS Tracking®

FAQs >

### Track Another Package +

**Tracking Number:** 9414711899561656283092

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 7:47 am on March 23, 2020 in WASHINGTON, DC 20250.

## ⊘ Delivered

March 23, 2020 at 7:47 am
Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20250

**Get Updates** ⌄

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌃

**March 23, 2020, 7:47 am**
Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20250
Your item was delivered to the front desk, reception area, or mail room at 7:47 am on March 23, 2020 in WASHINGTON, DC 20250.

---

**March 21, 2020, 10:44 am**
Available for Pickup
WASHINGTON, DC 20250

---

**March 21, 2020, 8:48 am**
Arrived at Unit
WASHINGTON, DC 20018

**March 20, 2020**
In Transit to Next Facility

---

**March 18, 2020, 2:07 pm**
Departed USPS Regional Destination Facility
WASHINGTON DC DISTRIBUTION CENTER

---

**March 14, 2020, 3:03 pm**
Arrived at USPS Regional Destination Facility
WASHINGTON DC DISTRIBUTION CENTER

---

**March 13, 2020, 12:02 am**
Departed USPS Origin Facility
PORTLAND, OR 97215

---

**March 12, 2020, 11:21 pm**
Arrived at USPS Origin Facility
PORTLAND, OR 97215

---

**March 12, 2020, 10:06 pm**
Accepted at USPS Origin Facility
PORTLAND, OR 97211

---

**March 12, 2020, 6:12 pm**
Shipping Label Created, USPS Awaiting Item
PORTLAND, OR 97211

---

**Product Information**                                        ∨

---

**See Less** ∧

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

3/12/20

**U.S. Postal Service**
**Certified Mail Receipt**

**OUTBOUND TRACKING NUMBER**
9414 7118 9956 1656 7156 47

**RETURN RECEIPT TRACKING NUMBER**
9490 9118 9956 1656 7156 89

**FEES**

| | |
|---|---|
| Postage per piece | $1.600 |
| Certified Fee | $3.550 |
| Return Receipt Fee | $2.850 |
| **Total Postage & Fees:** | **$8.000** |

**ARTICLE ADDRESS TO:**

Vicki Christiansen, Chief
U.S. Forest Service
1400 Independence Ave SW
Washington DC 20250-0003

Postmark
Here

# USPS Tracking®

FAQs ›

**Track Another Package** **+**

**Tracking Number:** 9414711899561656715647

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 7:47 am on March 23, 2020 in WASHINGTON, DC 20250.

## ⊘ **Delivered**

March 23, 2020 at 7:47 am
Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20250

**Get Updates** ⌄

---

**Text & Email Updates**                                                                ⌄

---

**Tracking History**                                                                    ⌃

**March 23, 2020, 7:47 am**
Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20250
Your item was delivered to the front desk, reception area, or mail room at 7:47 am on March 23, 2020 in WASHINGTON, DC 20250.

---

**March 21, 2020, 10:44 am**
Available for Pickup
WASHINGTON, DC 20250

---

**March 21, 2020, 8:48 am**
Arrived at Unit
WASHINGTON, DC 20018

**March 20, 2020**
In Transit to Next Facility

**March 18, 2020, 2:04 pm**
Departed USPS Regional Destination Facility
WASHINGTON DC DISTRIBUTION CENTER

**March 14, 2020, 3:01 pm**
Arrived at USPS Regional Destination Facility
WASHINGTON DC DISTRIBUTION CENTER

**March 13, 2020, 12:02 am**
Departed USPS Origin Facility
PORTLAND, OR 97215

**March 12, 2020, 11:21 pm**
Arrived at USPS Origin Facility
PORTLAND, OR 97215

**March 12, 2020, 10:06 pm**
Accepted at USPS Origin Facility
PORTLAND, OR 97211

**March 12, 2020, 6:21 pm**
Shipping Label Created, USPS Awaiting Item
PORTLAND, OR 97211

**Product Information**                                                    ⌄

See Less ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

3/12/20

**U.S. Postal Service**
**Certified Mail Receipt**

**OUTBOUND TRACKING NUMBER**
9414 7118 9956 1656 5168 24

**RETURN RECEIPT TRACKING NUMBER**
9490 9118 9956 1656 5168 04

**FEES**

| | |
|---|---|
| Postage per piece | $1.600 |
| Certified Fee | $3.550 |
| Return Receipt Fee | $2.850 |
| **Total Postage & Fees:** | **$8.000** |

**ARTICLE ADDRESS TO:**

U.S. Customs and Border Protection
1300 Pennsylvania Ave NW
Washington DC 20229-0002

Postmark
Here

# USPS Tracking®

FAQs ›

## Track Another Package ✚

**Tracking Number:** 9414711899561656516824

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 8:23 am on March 23, 2020 in WASHINGTON, DC 20229.

## ⊘ Delivered

March 23, 2020 at 8:23 am
Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20229

**Get Updates** ⌄

---

**Text & Email Updates**                                                                                  ⌄

---

**Tracking History**                                                                                        ⌃

March 23, 2020, 8:23 am
Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20229
Your item was delivered to the front desk, reception area, or mail room at 8:23 am on March 23, 2020 in WASHINGTON, DC 20229.

March 21, 2020, 11:15 am
Available for Pickup
WASHINGTON, DC 20229

March 21, 2020, 8:57 am
Arrived at Unit
WASHINGTON, DC 20018

**March 20, 2020**
In Transit to Next Facility

---

**March 18, 2020, 2:04 pm**
Departed USPS Regional Destination Facility
WASHINGTON DC DISTRIBUTION CENTER

---

**March 14, 2020, 3:01 pm**
Arrived at USPS Regional Destination Facility
WASHINGTON DC DISTRIBUTION CENTER

---

**March 13, 2020, 12:02 am**
Departed USPS Origin Facility
PORTLAND, OR 97215

---

**March 12, 2020, 11:21 pm**
Arrived at USPS Origin Facility
PORTLAND, OR 97215

---

**March 12, 2020, 10:06 pm**
Accepted at USPS Origin Facility
PORTLAND, OR 97211

---

**March 12, 2020, 6:14 pm**
Shipping Label Created, USPS Awaiting Item
PORTLAND, OR 97211

---

**Product Information**                                    ⌄

---

**See Less** ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

3/12/20

**U.S. Postal Service**
**Certified Mail Receipt**

**OUTBOUND TRACKING NUMBER**
9414 7118 9956 1656 1341 96

**RETURN RECEIPT TRACKING NUMBER**
9490 9118 9956 1656 1341 45

**FEES**

| | |
|---|---|
| Postage per piece | $1.600 |
| Certified Fee | $3.550 |
| Return Receipt Fee | $2.850 |
| **Total Postage & Fees:** | **$8.000** |

**ARTICLE ADDRESS TO:**

William Barr, Attorney General
U.S. Department of Justice
950 Pennsylvania Ave, NW
Washington DC 20530-0001

Postmark
Here

**SENDER: COMPLETE THIS SECTION**

or on

1. Article Addressed to:

William Barr, Attorney General
U.S. Department of Justice
950 Pennsylvania Ave, NW
Washington DC 20530-0001

9490 9118 9956 1656 1341 45

2. Article Number *(Transfer from service label)*

9414 7118 9956 1656 1341 96

PS Form 3811 Facsimile, July 2015 (SDC 3930)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: ( ☐ *Addressee or* ☐ *Agent*)

X

B. Received By: *(Printed Name)*          C. Date of Delivery

MAR 2 4 2020

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:              ☐ No

3. Service Type

☑ Certified Mail®

Domestic Return Receipt

# USPS Tracking®

FAQs ›

## Track Another Package  +

**Tracking Number:** 9414711899561656134196

Remove ✕

Your item was delivered at 4:53 am on March 23, 2020 in WASHINGTON, DC 20530.

## ⊘ Delivered

March 23, 2020 at 4:53 am
Delivered
WASHINGTON, DC 20530

**Get Updates** ⌄

---

**Text & Email Updates**    ⌄

---

**Tracking History**    ⌃

**March 23, 2020, 4:53 am**
Delivered
WASHINGTON, DC 20530
Your item was delivered at 4:53 am on March 23, 2020 in WASHINGTON, DC 20530.

---

**March 21, 2020, 11:01 am**
Available for Pickup
WASHINGTON, DC 20530

---

**March 21, 2020, 7:13 am**
Arrived at Unit
WASHINGTON, DC 20018

**March 20, 2020**
In Transit to Next Facility

---

**March 18, 2020, 2:04 pm**
Departed USPS Regional Destination Facility
WASHINGTON DC DISTRIBUTION CENTER

---

**March 14, 2020, 3:01 pm**
Arrived at USPS Regional Destination Facility
WASHINGTON DC DISTRIBUTION CENTER

---

**March 13, 2020, 12:02 am**
Departed USPS Origin Facility
PORTLAND, OR 97215

---

**March 12, 2020, 11:21 pm**
Arrived at USPS Origin Facility
PORTLAND, OR 97215

---

**March 12, 2020, 10:06 pm**
Accepted at USPS Origin Facility
PORTLAND, OR 97211

---

**March 12, 2020, 6:27 pm**
Shipping Label Created, USPS Awaiting Item
PORTLAND, OR 97211

---

**Product Information**  ⌄

See Less  ⌃

# Can't find what you're looking for?